**Order entered December 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01511-CV

### IN RE JON PAUL MOORE, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-01842**

## ORDER

The Court has before it relator's petition for writ of mandamus challenging the trial court's temporary orders pending appeal. In addition to this petition, relator has previously filed an appeal from the final judgment in the trial court. On our own motion, we **CONSOLIDATE** this original proceeding No. 05-14-01511-CV, styled *In re Jon Paul Moore*, with and under appellate cause No. 05-14-01173-CV, styled *In the Interest of N.A.M. See In re Merriam*, 228 S.W.3d 413, 415 (Tex. App.—Beaumont 2007, no pet.) (mandamus relief concerning temporary orders pending appeal appropriate only when the pending appeal provides an inadequate remedy).

The Court **DIRECTS** the Clerk of Court to remove all documents from file number 05-14-01511-CV and to refile them in cause No. 05-14-01173-CV and to treat No. 05-14-01511-CV

as a closed case. The Court **ORDERS** that all future pleadings be filed in cause No. 05-14-01173-CV.

Apellee/real party in interest Susan Anne Beaton Moore and respondent may file, in cause No. 05-14-1173-CV, a response to the petition for writ of mandamus. Any such response filed by appellee/real party in interest shall be consolidated with her appellate brief and shall be filed on or before December 31, 2014 in accordance with the appellate deadlines applicable to ordinary appeals.

/s/     ELIZABETH LANG-MIERS
         JUSTICE